IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY IAN COOK,

    Petitioner,               No. CIV S-07-387 LKK GGH P

   vs.

D.K. SISTO, et al.,

    Respondent.           ORDER

_____/

        On September 17, 2007, the court recommended that petitioner's application for a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied. The court found that the petition raised the following claims: 1) violation of plea agreement by untimely parole suitability hearings; 2) untimely parole suitability hearings; 3) parole suitability panel members were biased.

        On January 4, 2008, the Honorable Lawrence K. Karlton issued an order finding that the petition raised a fourth claim: the state failed to provide a written basis for its determination that petitioner's suitability hearings should be held less frequently than annually. Jan. 4, 2008, order at p. 2: 15-18, and p. 2 fn. 1. Judge Karlton referred this action back to the undersigned for further proceedings.

/////

1       Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this
2 order, respondent shall file a response addressing the claim that the state violated petitioner's due
3 process rights by not providing a written basis for its determination that petitioner's suitability
4 hearings should be held less frequently than annually; petitioner may file a reply within ten days
5 thereafter.
6 DATED:   01/11/08

                                        /s/ Gregory G. Hollows
                                        UNITED STATES MAGISTRATE JUDGE

10 cook387.fb