IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY IAN COOK,

    Petitioner,                    No. CIV S-07-0387 LKK GGH P

    vs.

D.K. SISTO, et al.,

    Respondents.                <u>AMENDED ORDER</u>

         On September 17, 2007, the court recommended that petitioner's application for a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied. The court found that the petition raised the following claims: 1) violation of plea agreement by untimely parole suitability hearings; 2) untimely parole suitability hearings; 3) parole suitability panel members were biased.

         On January 4, 2008, the Honorable Lawrence K. Karlton issued an order finding that the petition raised a fourth claim: the state failed to provide a written basis for its determination that petitioner's suitability hearings should be held less frequently than annually. Jan. 4, 2008, order at p. 2: 15-18, and p. 2 fn. 1. Judge Karlton referred this action back to the undersigned for further proceedings.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days of the date of this order, respondent shall file a response addressing the claim that the state violated petitioner's due process rights by not providing a written basis for its determination that petitioner's suitability hearings should be held less frequently than annually; petitioner may file a reply within ten days thereafter.

2. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: 03/17/08                              /s/ Gregory G. Hollows
                                             _____
                                             UNITED STATES MAGISTRATE JUDGE

cook.fb