IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFRY IAN COOK,** | 2:07-cv-00387 LKK-GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **D.K. SISTO, et al.,** | |
| Respondent. | |

GOOD CAUSE HAVING BEEN SHOWN, Respondent is hereby granted a fifteen day extension of time, to and including May 1, 2008, to file a response to the Petition for Writ of Habeas Corpus.

DATED: 05/02/08          /s/ Gregory G. Hollows
                         United States Magistrate Judge

[Proposed] ORDER

1
2
3  co387.eot(2)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] ORDER